IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRSION  DIVISION


UNITED STATES OF AMERICA                                        PLAINTIFF

                    v.              No.  3:09M3006-001

DAVID MIDDLETON                                                DEFENDANT


**O R D E R**

  At the detention hearing held this date, the court, after hearing testimony and after being well

and sufficiently advised, detained the defendant and directed that the defendant be remanded to the

custody of the U.S. Marshal's Service.  The Defendant is detained, subject to reconsideration on

motion of defendant.

  SO ORDERED this 10th  day of November, 2009.


         **/s/ J. Marschewski**
         HONORABLE JAMES R. MARSCHEWSKI
         UNITED STATES MAGISTRATE JUDGE